IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

BEN VENTURA,

    *Plaintiff,*

v.

FRAN VELLA-MARRONE,
BRIAN GOTTLIEB, and
GENINE EDWARDS,

    *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 1:26-CV-00168-
MJT-CLS

## <u>ORDER OF DISMISSAL</u>

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On May 18, 2026, Judge Stetson issued a Report and Recommendation advising dismissal of Plaintiff's case for failing to state a claim and failing to obey a court order to replead his complaint. *See* [Dkt. 5]. Plaintiff did not object. Accordingly, the Report and Recommendation [Dkt. 5] is **ADOPTED**. Plaintiff's claims are **HEREBY DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). *See also* FED. R. CIV. P. 41(b). A final judgment will be entered.

    **IT IS SO ORDERED**.

       **SIGNED this 9th day of June, 2026.**

                                 Michael J. Truncale
                                 United States District Judge